Robert N. Phillips (SBN 120970)
Email: robphillips@reedsmith.com
Justin E. McGuirk (SBN 307167)
Email: jmcguirk@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Christine M. Neuharth (SBN 263509)
Email: cneuharth@reedsmith.com
REED SMITH LLP
1901 Avenue of Stars
Suite 700
Los Angeles, CA 90067
Telephone: +1 310 734 5200
Facsimile: +1 310 734 5299

Attorneys for Plaintiffs
MERSCORP Holdings, Inc. and
Mortgage Electronic Registration
Systems, Inc.

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERSCORP HOLDINGS, INC., a Delaware corporation; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LANCE KELSEY, an individual doing business under the California fictitious business name MERS; and LANICE KELSEY INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INCORPORATED(MERS), a Wyoming nonprofit corporation,<br><br>Defendants. | No.: 2:18-cv-03802-JFW-AFM<br><br>**JUDGMENT AND PERMANENT INJUNCTION**<br><br>Date: October 15, 2018<br>Tim: 1:30 p.m.<br>Courtroom: 7A<br><br>Honorable John F. Walter |

IT IS HEREBY ORDERED AND ADJUDGED THAT:

Defendants Lance Kelsey and Lanice Kelsey Inc. Which Will Do Business In California As Mortgage Electronic Registration Systems Incorporated (MERS)

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

(collectively, "Defendants") are liable for infringement of Plaintiff MERSCORP Holdings, Inc.'s ("MERSCORP") federally registered MERS® word mark (U.S. Trademark Registration No. 2,084,831) under 15 U.S.C. Section 114.

1. Defendants are liable for false designation of origin under are liable for false designation of origin under 15 U.S.C. Section 1125(a) based on their use of names substantially similar to Plaintiff MERSCORP's and Plaintiff Mortgage Electronic Registration Systems, Inc.'s ("MERS") (collectively, "Plaintiffs") MERS® word mark and MORTGAGE ELECTRONIS REGISTRATION SYSTEMS, INC. trade name.

2. Defendants are liable for unfair competition under California Business and Professions Code sections 17200 *et seq.*

3. Defendants are liable for unlawful trade practices under Wyoming Statutes Annotated sections 40-12-105 *et seq.*

4. Defendants, their officers, agents, servants, employees and attorneys and those in active concert or participation with them, are hereby permanently restrained and enjoined from:

   a. Using the MERS® Mark, MERSCORP trade name, or MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. trade name, or any confusingly similar versions thereof, in commerce in the United States;

   b. Maintaining an active corporation, fake business name, or assumed business name with the name MERS, INC. or MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. (MERS) or any confusingly similar name; and

   c. Assisting, aiding, or abetting any other person or entity in engaging in or performing any of the activities referred to in subparagraphs (1) and (2) above.

**IT IS SO ORDERED AND ADJUDGED.**

Date: October 1, 2018  _____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE